```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00981
    JATON M BROWN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4655

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/19/2007 and was confirmed 04/30/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00             .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE         .00             .00           .00
AT&T WIRELESS            UNSECURED          172.90             .00           .00
CAPITAL ONE AUTO FINANCE UNSECURED       NOT FILED             .00           .00
T-MOBILE                 UNSECURED       NOT FILED             .00           .00
WOW INTERNET & CABLE SER UNSECURED       NOT FILED             .00           .00
COMCAST                  UNSECURED       NOT FILED             .00           .00
PATHOLOGY ASSOCIATES     UNSECURED       NOT FILED             .00           .00
PREMIER BANCARD CHARTER  UNSECURED          445.58             .00           .00
IQ TELECOM               UNSECURED       NOT FILED             .00           .00
EVERGREEN MEDICAL SPECIA UNSECURED       NOT FILED             .00           .00
CROSS COUNTRY BANK       UNSECURED       NOT FILED             .00           .00
AT&T WIRELESS            UNSECURED       NOT FILED             .00           .00
ELMHURST EMERGENCY MED S UNSECURED       NOT FILED             .00           .00
INTERNAL REVENUE SERVICE SPECIAL CLASS   NOT FILED             .00           .00
AMERICREDIT FINANCIAL SV NOTICE ONLY     NOT FILED             .00           .00
LONG BEACH ACCEPTANCE    FILED LATE            .00             .00           .00
DOLLIE I WARREN REED     DEBTOR ATTY      2,500.00                       2,210.86
TOM VAUGHN               TRUSTEE                                           146.14
DEBTOR REFUND            REFUND                                               .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           2,357.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                           2,210.86
TRUSTEE COMPENSATION                       146.14

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00981 JATON M BROWN
```

```
DEBTOR REFUND                                                            .00
                                       ---------------    ---------------
TOTALS                                        2,357.00           2,357.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 02/26/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 07 B 00981 JATON M BROWN